UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 05-CV-389-KKC

RAYMOND TAYLOR                                                                                          PLAINTIFF

VS:                                                        **JUDGMENT**

UNITED STATES of AMERICA                                                                    DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES**:

(1)   Judgment **IS ENTERED** in favor of the defendant, the United States of America.

(2)   This matter **IS DISMISSED**.

(3)   This Judgment **IS FINAL** and **APPEALABLE**, and no just cause for delay exists.

(4)   The Court **CERTIFIES** that any appeal would not be taken in good faith.

(5)   This matter **IS STRICKEN** from the active docket.

Dated this 27th day of April, 2006.



Signed By:

*Karen K. Caldwell*   KKC

**United States District Judge**